U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 0 9 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CLIFTON GREENE** | CIVIL ACTION NO. 5:04CV1966 |
| **VERSUS** | JUDGE WALTER |
| **WARDEN, LSP** | MAGISTRATE JUDGE HORNSBY |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:




Signed at Shreveport, Louisiana, this 9 Day of Oct, 2007.

Donald E. Walter
UNITED STATES DISTRICT JUDGE